(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
## for the
## Western District of New York

|  |  |
|---|---|
| ⊗ Julian E Taylor <br> _____ <br> Plaintiff(s) <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> Eric County Holding Center, And multiple officers John Doe's <br> _____ <br> Defendant(s) <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. **25 CV 1118**
_____
(to be filled in by the Clerk's Office)

JURY TRIAL: Yes___ No___

UNITED STATES DISTRICT COURT
FILED
OCT 31 2025
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

(Rev 01/21) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)



Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name xJulian E Taylor

All other names by which
you have been known:

ID Number 160 4HH

Current Institution 40 Delaware Ave

Address Buffalo, N.Y. 14202

| City | State | Zip Code |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name Deputy John Doe

Job or Title *(if known)* Deputy McCarthy

Shield Number

Employer 40 Delaware Ave

Address Erie County Holding Center

Buffalo    NY    14202

| City | State | Zip Code |

☒ Individual capacity    ☒ Official capacity

Defendant No. 2

Name Sgt. John Doe

Job or Title *(if known)* Sgt. Transki

Shield Number

Employer 40 Delaware Ave

Address Erie County Holding Center

Buffalo    NY    14202

| City | State | Zip Code |

☒ Individual capacity    ☒ Official capacity

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name _Deputy John Doe_
    Job or Title *(if known)* _Deputy Tard_
    Shield Number _____
    Employer _____
    Address _Erie County Holding Center_
    _Buffalo_ _N.Y._ _14202_
      *City*      *State*      *Zip Code*
    ☒ Individual capacity    ☒ Official capacity

Defendant No. 4
    Name _Deputy Williams_
    _Erie County Holding Center_
    Job or Title *(if known)* _____
    Shield Number _____
    Employer _____
    Address _Erie County Holding Center_
    _Buffalo_ _NY_ _14202_
      *City*      *State*      *Zip Code*
    ☒ Individual capacity    ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

(Bill of Rights) of Constitution, And NY state DOCS
CARE, Custody And Control I was Attacked while
going to (REC) Handcuffed, Deputys Allowed Another Inmate too Attack me

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**D.** Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☒ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**A.** If the events giving rise to your claim arose outside an institution, describe where and when they arose.

**B.** If the events giving rise to your claim arose in an institution, describe where and when they arose.

On 10/10/25, I was going too Recreation when I got Handcuffed, Deputy John Doe, And Deputy John Doe who was working My Gallery Braud Ses Allowed Another uncuffed Inmate to Assault me intentionally, I was seriously Injured, and I think they'Ae trying to Kill me I Keep Being Assaulted BEcause of My CASE

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**C.** What date and approximate time did the events giving rise to your claim(s) occur?

October 10 2025 in the Morning Around 8:45 Am

**D.** What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

The inMate who Assaulted me we had a "keep away in place by classification we were not supposed to be near each other I was Hit multiple times by closed fists, As well As pepper sprayed By officers After being Assaulted, pum boled with multiple Head + face shots As I stood Defenseless Due too the fact officers Hand cuffed me ~~~~~~~ Going too Recreation which was captured on video tape, And Body camı footage iN this facility

**V.    Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Suffered injures too my Head, Neck Back, And leg I'm in Extreme pain medical staff isn't Doing Anything At All I fear for my safety in this falicity due to my High profile Case I fear these officers iN Erie County Holding Center Are trying too **Kill ME**

**VI.    Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I'm suing these officers, And this facility for $400,000 Individual Capacity, And $400,000 official Capacity, each officer in which 3 officers And one Sgt. for A total of $2,000,000 Individual Capacity, $2,000,000 official Capacity, And I'm suing Erie County Holding Individual Capacity for $400,000 pain + suffering, Mental Anguish And Cruel + unusal punishment, And official Capacity for $400,000 for my Injuries suffered due too these officers Direct violation of Code of Ethics for care, Custody, And Control of prisoners in this facility for A grand total of $2,400,000 Individual Capacity, And $2,400,000 official Capacity. Thes Reason for this 1983

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Erie County Holding Center, 40 Delaware Ave. Buffalo New York, 14202

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

I wrote a grievance due to the fact that these officers Allowed, and watched Another Inmate Attack, and Assault me with his fist with multiple shots to my Head, Body, Etc. Its All on Video tape, And Body Cam of officers who Responded, Sgt who Responded

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**D.**    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

**E.**    If you did file a grievance:

1.    Where did you file the grievance?

With Sgt. Rott I wrote A formal Grievance too the chief Harris in too what is going on in this

2.    What did you claim in your grievance?

facility How Are officers Allowing A Defenseless Prisoner to Assaulted while Handcuffed going too Recreation that officers of this facility Allowed me to be Assaulted while Handcuffed As they watched fully

3.    What was the result, if any?

None of yet (still waiting on Some Response)

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

I wrote Kathy Hochul, I wrote Prison Legal Services I wrote Albany, I wrote the challenger, I wrote Community Activist, I wrote Prisoners Are people Too, I wrote channel 4 News I wrote Alot of Different Places, But I think the facility is tampering with my mail because I'm in An isolated part of the Jail with A High profile Case in Segregation Block

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

_____

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

(Rev 01/21) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
      action?

      ☐ Yes

      ☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is
      more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

      1.   Parties to the previous lawsuit

           Plaintiff(s)    _____

           Defendant(s)   _____

      2.   Court *(if federal court, name the district; if state court, name the county and State)*

           _____

      3.   Docket or index number

           _____

      4.   Name of Judge assigned to your case

           _____

      5.   Approximate date of filing lawsuit

           _____

      6.   Is the case still pending?

           ☐ Yes

           ☒ No

           If no, give the approximate date of disposition.    _____

      7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered
           in your favor? Was the case appealed?)*

           _____

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

## IX.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.



Date of signing:     10-15-26

| | |
|---|---|
| Signature of Plaintiff | _Julian Taylor_ |
| Printed Name of Plaintiff | Julian Taylor |
| Prison Identification # | 160491 |
| Prison Address | |

|              City              |     State     |   Zip Code   |

### B.     For Attorneys

Date of signing:

| | |
|---|---|
| Signature of Attorney | |
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | |
| Address | |

|              City              |     State     |   Zip Code   |

| | |
|---|---|
| Telephone Number | |
| E-mail Address | |

Page 10 of 11

Print     Save As...     Add Attachment     Reset